**Blaw-Knox Company, a Corporation, Plaintiff-Appellee v. Eichleay Corporation, Defendant-Appellant.**

**Gen. No. 52,390. (Abstract of Decision.)**

First District.
October 7, 1968.

Opinion by JUSTICE ABRAHAMSON. **Not to be published in full.**